**Felipe ALVAREZ, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7191.

United States Court of Appeals, Federal Circuit.

DECIDED: June 9, 2004.

Kyle E. Chadwick, Principal Attorney, David M. Cohen, of Counsel, Department

of Justice, Washington, DC, for Respondent–Appellee.

Robert V. Chisholm, Principal Attorney, Chisholm Chisholm, Providence, RI, Claimant–Appellant.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.